■ MID CITY DODGE, INC., Appellant, v UNIVERSAL UNDERWRITERS INSURANCE COMPANY, Respondent. [825 NYS2d 651]— Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered June 20, 2005. The order, among other things, adjudged that plaintiff is entitled to damages in the sum of $19,591.32 together with interest from February 23, 1998.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.